UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| GARRISON WOOD, ) | |
| ) | 1:18-cr-0010 TWP -DML |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

The Grand Jury charges that:

At all times material to this Indictment, the B.P. Convenience Store located at 500 South Wysor Street, in Muncie, Delaware County, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On September 3, 2017, in the Southern District of Indiana, Indianapolis Division, GARRISON WOOD the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, GARRISON WOOD, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the B.P. Convenience Store against his/her will by means of actual and threatened

force, violence, and fear of injury to his/her person, that is, by brandishing a firearm, and obtaining United States Currency from an employee of B.P. Convenience Store;

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

18 U.S.C. § 924(c)(1)(A)(ii)
(Brandishing a Firearm During and in Relation To a Crime of Violence)

The Grand Jury further charges that:

On or about September 3, 2017, in the Southern District of Indiana, Indianapolis Division, the defendant, GARRISON WOOD, did knowingly brandish a firearm during and in relation to a crime of violence, to wit: robbery of the B.P. Convenience Store located at 500 South Wysor Street, in Muncie, Delaware County, Indiana, charged in Count One of the indictment;

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3

18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

The Grand Jury further charges that:

At all times material to this Indictment, the Marathon Convenience Store located at 3300 East Jackson Street, in Muncie, Delaware County, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On September 6, 2017, in the Southern District of Indiana, Indianapolis Division, GARRISON WOOD, the defendant herein, did unlawfully obstruct, delay, and affect, and

attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant GARRISON WOOD, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Marathon Convenience Store against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by brandishing an item that appeared to be a firearm and obtaining cigarettes and United States Currency from an employee of the Marathon Convenience Store;

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 4

18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

The Grand Jury further charges that:

At all times material to this Indictment, the Riggin Road Market Convenience Store located at 4849 North Broadway Avenue, in Muncie, Delaware County, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On September 9, 2017, in the Southern District of Indiana, Indianapolis Division, GARRISON WOOD, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant, GARRISON WOOD, did unlawfully take and obtain money and property from the person of, or in the presence of, an employee of the Riggin Road Market Convenience Store against his/her will by means of actual

and threatened force, violence, and fear of injury to his/her person, that is, by brandishing a firearm and obtaining cigarettes and United States Currency from an employee of the Riggin Road Market Convenience Store;

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 5

18 U.S.C. § 924(c)(1)(A)(ii)
(Brandishing a Firearm During and in Relation To a Crime of Violence)

The Grand Jury further charges that:

On or about September 9, 2017, in the Southern District of Indiana, Indianapolis Division, the defendant, GARRISON WOOD, did knowingly brandish a firearm during and in relation to a crime of violence, to wit: robbery of the Riggin Road Market Convenience Store located at 4849 North Broadway Avenue, in Muncie, Delaware County, Indiana, charged in Count Four of the indictment;

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 6

18 U.S.C. § 1951(a)
(Attempted Interference with Commerce by Robbery)

The Grand Jury further charges that:

At all times material to this Indictment, the Hoosier Pete Convenience Store located at 1401 East 29th Street, in Muncie, Delaware County, Indiana, was engaged in the operation of a convenience store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On September 13, 2017, in the Southern District of Indiana, Indianapolis Division, GARRISON WOOD, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant GARRISON WOOD, did enter the Hoosier Pete Convenience Store, brandished a firearm and stole United States Currency from the cash register;

All in violation of Title 18, United States Code, Section 1951(a).

## FORFEITURE

1.   Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.   Pursuant to Title 21, United States Code, Section 853, if convicted of the offenses set forth in Count One, Count Two, Count Three, Count Four, Count Five or Count six of the Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

3.   Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offenses set forth in Count One, Count Two, Count Three, Count Four, Count Five or Count Six

of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

4. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. a Keltec 9mm handgun bearing serial number R1R21;

    b. Seven rounds of 9mm caliber ammunition.

5. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 4, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

███████████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: *(signature)*

Peter A. Blackett
Assistant United States Attorney